UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **SEVILLE INDUSTRIES LLC** | ) | Civil Action No. 22-cv-06229 |
| | ) | |
| versus | ) | JUDGE DAVID C. JOSEPH |
| | ) | |
| **US SMALL BUSINESS ADMIN., ET AL.** | ) | MAGISTRATE JUDGE WHITEHURST |
| | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants, United States Small Business Administration ("SBA"), Isabella Casillas Guzman, in her official capacity as Administrator of SBA, Janet Yellen, in her official capacity as Secretary of the Treasury, and the United States of America (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Motion for Summary Judgment on the grounds that there are no material facts in dispute and that Defendants are entitled to judgment as a matter of law. The Administrative Judge applied the proper legal standard and supported his decision with relevant facts and the agency's reasonable interpretation of "payroll costs" when he denied Plaintiff's claims for full loan forgiveness in the amount of $2,578,351.00.

In support of the instant motion, Defendants respectfully refer the Court to the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment and Statement of Undisputed Facts.

                                                    Respectfully submitted,

                                                    BRANDON B. BROWN
                                                    United States Attorney

BY:    *s/ Karen J. King*
           KAREN J. KING (#23508)

Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:    (337) 262-6618
Facsimile:    (337) 262-6693
Email: karen.king@usdoj.gov