# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Seville Industries, L.L.C.
           v. Small Business Administration, et al.
           No. 25-954
           (Your No. 24-30170)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 31, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 24-30170   Seville Industries v. SBA
                USDC No. 6:22-CV-6229

Dear Mr. McCoy,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Melissa V. Mattingly, Deputy Clerk
           504-310-7719